**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, et al., | Case No. 2:26-cv-00483-NJK |
| Plaintiffs, | **Order** |
| v. | [Docket No. 6] |
| CHETAK DEVELOPMENT, | |
| Defendant. | |

Pending before the Court is a *pro hac vice* application of Attorney Daniel F. Dickenson. Docket No. 6. The application identifies Attorney Dickenson as a member of the Florida state bar and Colorado state bar, *see id.* at 6, but the application does not include a certificate of good standing from the Colorado state bar. *See id.* at 2 ("Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing").

Accordingly, Attorney Dickenson is **ORDERED** to file a Notice of Corrected Image attaching a certificate of good standing from the Colorado state bar.

IT IS SO ORDERED.

Dated: March 10, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1